EUPHEMIA S. COFFIN, *Respondent, v.* JANE L. BROOKS, *Appellant, Impleaded, etc.* — Judgment modified, and affirmed as modified, without costs. Opinion by DAVIS, P. J.

ADELAIDE M. THOMSON, *Appellant, v.* PATRICK CASHIN and others, *Respondents.* — Judgment and order affirmed, with costs. Opinion by INGALLS, J.